MARCH 7, 1957

Reap. Dec. 8764.—■■■■■■■■■■■■■■—
■■■■■.—*Arkwright Accessories, Inc., et al.* v. *United States.* Entered at New York, N. Y. Decided January 31, 1957. [Not published.] Motion by plaintiffs.